UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CIV-60272-DIMITROULEAS

LIONAL DALTON,

    Plaintiff,

vs.

US 1 SCUBA, INC., d/b/a
DEEP RELIEF DIVE CENTER,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 18]. The Court has carefully reviewed said Stipulation, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 18] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot;

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of August, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record